ROBERT FRAZER
United States Attorney
CARLOS F. UGALDE ALVAREZ
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Carlos.Ugalde.Alvarez@usdoj.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUAN CARLOS MARTINEZ-DIAZ,<br><br>*Petitioner*,<br><br>v.<br><br>TODD BLANCHE, *et al.*<br><br>*Respondents.* | HON. EVELYN PADIN, U.S.D.J.<br><br>Civil Action No. 26-10547 (EP)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party. Additionally, any stay on the transfer or transport of Petitioner is hereby lifted by agreement of the parties.

Dated: August 28, 2026

JADEJA-CIMONE LAW, PC

By: Carolyn Corrado
Carolyn M. Corrado, Esq.
*Attorney for Petitioner*

ROBERT FRAZER
United States Attorney

By: *s/ Carlos F. Ugalde Alvarez*
Carlos F. Ugalde Alvarez, Esq.
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED:

s/ Evelyn Padin
HON. EVELYN PADIN
UNITED STATES DISTRICT JUDGE